**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

IN RE:  TITAN CRUISE LINES

**CESAR ECHEMENDIA,**

    Appellant,

v.                                    Case No.  8:07-cv-1052-T-30JSM

**FIRST AMERICAN BANK,**

    Appellee.
_____/

## ORDER AFFIRMING BANKRUPTCY COURT

THIS CAUSE comes before the Court upon an appeal from an Order of the Bankruptcy Court dated May 20, 2007, disallowing (for the second time) Claim #212 of Creditor Cesar Echemendia.  In a previous appeal, this Court reversed and remanded an earlier Order of the Bankruptcy Court which disallowed Claim #212 and directed the Bankruptcy Court to conduct an evidentiary hearing on the issues of whether the debtors relied to their detriment on the unsecured status of Echemendia's claim and whether such reliance was justified under the circumstances in accordance with the factors in In Re:  Int'l Horizons, Inc., 751 F.2d 1213 (11th Cir. 1985).

The Bankruptcy Court conducted an evidentiary hearing, made findings of fact, and entered a well reasoned Order dated May 20, 2007.  In that Order, the Bankruptcy Court once again disallowed Claim #212.  The factual findings contained in the Order were supported

by the evidence and the Bankruptcy Court properly applied the factors of <u>Int'l Horizons</u> in reaching its decision.

    It is therefore ORDERED AND ADJUDGED that:

1. The Order of the Bankruptcy Court dated May 20, 2007, is hereby AFFIRMED.

2. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on September 4, 2007.

                                                JAMES S. MOODY, JR.
                                                UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Bankruptcy Court Clerk, #8:05-BK-15154-ALP
Counsel/Parties of Record

F:\Docs\2007\07-cv-1052.bk order.frm